UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR-04-2185-EFS |
| | ) | |
| v. | ) | ORDER GRANTING MOTION FOR |
| | ) | EXPEDITED HEARING AND |
| | ) | GRANTING MOTION FOR RELEASE |
| CATHI LOUISE TRAVIS-FALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 22, 2005, this court held a bail review hearing. James P. Hagarty, Esq., appeared for the government. Defendant was present with appointed counsel Alex B. Hernandez, III, Esq.

The defendant had previously waived a detention hearing but is now seeking release. Counsel for defendant has moved for an expedited hearing on the issue.

The government agreed that the defendant could be released on conditions and requested specific conditions be imposed.

Consistent with 18 U.S.C. § 3153(c), the court considered the pretrial services report.  This pretrial services report is returned to the confidential files of the United States Probation Office.  On review of this order, the pretrial services report will be made a part of this docket.

ORDER GRANTING MOTION FOR
EXPEDITED HEARING AND GRANTING
MOTION FOR RELEASE - 1

The Court **granted** defendant's motion for an expedited hearing and **granted** defendant's motion for release.

**IT IS ORDERED**, that the release of the defendant is subject to the following conditions:

1. The defendant shall not commit any offense in violation of federal, state or local law.

2. The defendant shall advise the court and the U. S. attorney in writing before any change in address.

3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

4. The defendant shall sign and complete form A.O. 199C before being released and shall reside with Sandra Thomasson. The defendant shall abide by the rules of that household.

5. The defendant shall remain in the Eastern District of Washington while the case is pending. On a showing of necessity, the defendant may obtain written permission from U.S. Probation to travel outside the Eastern District of Washington. Additionally, the defendant shall not leave the Eastern District unless she is accompanied by Sandra Thomasson.

6. The defendant shall maintain or actively seek employment.

7. The defendant shall not possess a firearm, destructive device or other dangerous weapon.

8. Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year

to ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

9. The defendant shall refrain from the use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. Defendant shall submit to a regular urinalysis, or related testing, as directed by a United States Probation Officer to see that defendant remains substance free. Defendant shall undergo a substance abuse evaluation and complete treatment indicated by this evaluation. Defendant shall be responsible for the cost of testing, evaluation and treatment unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

10. The defendant is ordered to attend support groups and after-care as required.

11. The defendant shall report to the United States Probation Office before or immediately after her release and shall report at such times and in such manner as they direct.

12. The defendant shall post a $2,500 signature bond signed by both defendant and Sandra Thomasson bond.

**You are advised that a violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, revocation of your release and prosecution for contempt of court which could provide for**

imprisonment, a fine or both.  Specifically, you are advised that a separate offense is established by the knowing failure to appear and that an additional sentence may be imposed for the commission of a crime while on this release.  In this regard, any sentence imposed for these violations is consecutive to any other sentence you may incur.

DATED this 22nd day of July, 2005.

     s/MICHAEL W. LEAVITT
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXPEDITED HEARING AND GRANTING
MOTION FOR RELEASE - 4