PROB 12B
(7/93)

Report Date: March 22, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 4 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cathi Louise Travis-Fall         Case Number: 2:04CR02185-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 11/9/2005         Type of Supervision: Supervised Release

Original Offense: User in Possession of a Firearm, 18 U.S.C. § 922(g)(3)         Date Supervision Commenced: 11/9/2005

Original Sentence: Prison - 11 Days; TSR - 36 Months         Date Supervision Expires: 11/8/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14    Defendant shall reside in the Turner House community corrections center for a period of 180 days. Defendant shall be entitled to the benefits of the prerelease component by participating in the home confinement program for 59 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

## CAUSE

Ms. Travis-Fall was ordered to reside in the Turner House community corrections center for a period of 180 day. Ms. Travis-Fall was place at Turner House as ordered on December 1, 2005. Reports from staff confirm that Ms. Travis-Fall has been cooperative with their program rules. She is currently employed full time through Labor Ready. Ms. Travis-Fall also reports she attends church regularly. She has requested her supervision be transferred to the U.S. Probation Office in Spokane as she intends to continue to reside there. Ms. Travis-Fall is currently in the process of securing an apartment.

Effective, April 1, 2006, Bannum will take over the BOP community corrections contract from Turner House. However, Bannum does not have the capacity to house all the female residents that will be transferred from Turner House. Ms. Travis-Fall is one that would need to be transferred out to another facility as she is there as a public law placement, since preference is given to those who are on pre-release status. It is this officer's opinion that Ms. Travis-Fall appears to be adjusting well in the Spokane area and she would better benefit from serving the remaining 59 days as of April 1, 2006, on electronic monitoring rather than disrupting her current program.

Prob 12B
Re: Travis-Fall, Cathi Louise
March 22, 2006
Page 2

Based on the above noted information, this officer respectfully recommends Ms. Travis-Fall's special condition to serve 180 days at the Turner House be modified to serve the remaining 59 days on electronic monitoring effective April 1, 2006.

Respectfully submitted,

by Jose Zepeda
U.S. Probation Officer
Date: March 22, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

3/23/06
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

14  Defendant shall reside in the Turner House community corrections center for a period of 180 days. Defendant shall be entitled to the benefits of the prerelease component by participating in the home confinement program for 59 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

Witness: _____
Jose Zepeda
U.S. Probation Officer

Signed: _____
Cathi Louise Travis-Fall
Probationer or Supervised Releasee

March 22, 2006
Date